UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RACHEL A. CLINGENPEEL, | CIVIL ACTION |
| Plaintiff | NO. 08-3702 |
| versus | SECTION I |
| FMA ALLIANCE, LTD.; FMA MANAGEMENT, INC.; JANE SMITH a/k/a "Ms. Hall"; and ABC INSURANCE COMPANY, | MAGISTRATE 1 |
| Defendants | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

IT IS ORDERED that this action is dismissed without prejudice, reserving to the parties the right to move to reopen this case and proceed if the settlement is not consummated within 60 days.

New Orleans, Louisiana, this __4th__ day of _____August_____, 2008.

_____
UNITED STATES DISTRICT JUDGE